# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) ) ) |
| Plaintiff-Appellant, | ) ) ) |
| v. | )   No. 12-5363 ) ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant-Appellee. | ) ) |

## NOTICE OF INTENT OF CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON TO PARTICIPATE AS *AMICUS CURIAE*

Pursuant to Circuit Rule 29(b), Citizens for Responsibility and Ethics in Washington ("CREW") respectfully submits this notice of its intent to participate in this case as an *amicus curiae* in support of appellant, and represents that all parties consent to CREW's participation in this case. Such consent has been granted by counsel for appellant, David Lane Sobel, and counsel for appellee, Daniel Terry.

As required by Circuit Rules 26.1 and 29(b), a corporate disclosure statement accompanies this notice.

Respectfully submitted,

  */s/ Anne L. Weismann*
ANNE L. WEISMANN
Citizens for Responsibility and Ethics
 in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20005
(202) 408-5565

Counsel for *Amicus Curiae*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and Circuit Rules 26.1 and 29(b), *amicus curiae* Citizens for Responsibility and Ethics in Washington (CREW) submits this corporate disclosure statement.

CREW does not have a parent company, and is not a publicly-held company with a 10% or greater ownership interest.  CREW is a non-profit, non-partisan corporation, organized under section 501(c)(3) of the Internal Revenue Code.

Through a combined approach of research, advocacy, public education, and litigation, CREW seeks to protect the rights of citizens to be informed about the activities of government officials and to ensure the integrity of those officials. CREW frequently files Freedom of Information Act requests to access and make publicly available government documents that reflect on, or relate to, the integrity of government officials and their actions.

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2013, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                          */s/ Anne L. Weismann*
                                          ANNE L. WEISMANN