[NOT SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>    JUSTICE,<br><br>Defendant-Appellee. | No. 12-5363 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE BRIEF FOR APPELLEE**

The government hereby moves for a 21-day extension of time, to and including Tuesday, May 7, 2013, to file its brief as appellee. Counsel for plaintiff has authorized us to indicate that this motion is unopposed, provided that plaintiff is also given a brief extension on the reply brief to accommodate a previously scheduled vacation. The government has no objection to this request.

1. This is an action under the Freedom of Information Act to obtain an opinion prepared by the Office of Legal Counsel relating to the legality

of certain investigatory procedures. The district court concluded that the document was exempt from disclosure and granted summary judgment to the government.

2. Plaintiff filed its opening brief on March 15, 2013. The government's brief is currently due on April 16, 2013. We have not previously sought an extension of this deadline.

3. The government seeks this extension in light of other appellate litigation responsibilities. Daniel Tenny is the Department of Justice, Civil Division, Appellate Staff, attorney with principal responsibility for drafting the government's brief. On March 18, 2013, Mr. Tenny presented oral argument in *U.S. Postal Service v. Postal Regulatory Commission*, No. 12-1221 (D.C. Cir.). On March 25, 2013, Mr. Tenny presented oral argument in *Cook v. FDA*, Nos. 12-5176, 12-5266 (D.C. Cir.). On April 3, 2013, Mr. Tenny will present oral argument in *D&W Health Services v. Sebelius*, No. 12-30860 (5th Cir.). On April 11, 2013, Mr. Tenny will file the government's response/reply brief in *Bryant v. United States*, Nos. 12-15424, 12-16174 (11th Cir.).

4. Counsel for plaintiff has authorized us to represent that he has no objection to this request, provided that he receives an extension of time for

his reply brief to accommodate a previously scheduled vacation. We therefore respectfully request, with consent from counsel for plaintiff, that the Court adopt the following revised schedule:

| | |
|---|---|
| Appellee's Brief | May 7, 2013 |
| Appellant's Reply Brief | May 30, 2013 |
| Deferred Appendix | June 6, 2013 |
| Final Briefs | June 20, 2013. |

Respectfully submitted,

MICHAEL S. RAAB

 /s/ Daniel Tenny
DANIEL TENNY
(202) 514-1838
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Room 7215
   Washington, D.C.  20530

MARCH 2013

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2013, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                                s/ Daniel Tenny
                                                DANIEL TENNY