# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 12-5363**  **September Term, 2013**

1:11-cv-00939-RJL

**Filed On:** March 11, 2014

Electronic Frontier Foundation,

    Appellant

  v.

United States Department of Justice,

    Appellee

**BEFORE:** Garland, Chief Judge; Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges; Edwards and Sentelle, Senior Circuit Judges

### O R D E R

Upon consideration of appellant's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

  BY:    /s/
           Jennifer M. Clark
           Deputy Clerk